## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Timothy O'Dowd
O'Dowd Law Firm
924 Hodges Street
Lake Charles LA 70601

<div style="border:1px solid">

Judgment on rehearing rendered and mailed to all parties or counsel of record on April 6, 2022

</div>

### REHEARING ACTION: April 6, 2022

**Docket Number: 21   00687-CA**

**IN RE: THE NORMAND AND IRENE MORIN IRREVOCABLE INTER VIVOS TRUST**

**Appealed from Calcasieu Parish Case No. 2020-1538**

**BEFORE JUDGES:**

**Hon. John E. Conery**
**Hon. Jonathan W. Perry**
**Hon. J. Larry Vidrine**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Patrice Morin-Resch** has this day been

**DENIED.**

cc: Russell Joseph Stutes, Jr., Counsel for the Appellee
    Shelley B. Bouillion, Counsel for the Appellee